B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **15–04238**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 2/9/15 and was converted to a case under chapter 7 on 6/24/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| Frank Joseph Casale Jr.<br>5110 S. Merrimac<br>Chicago, IL 60638 | Barbara Marie Casale<br>5110 S. Merrimac<br>Chicago, IL 60638 |
| Case Number: 15–04238<br>Office Code:  1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–3108<br>xxx–xx–4227 |
| Attorney for Debtor(s) (name and address):<br>Nathan C Volheim<br>Sulaiman Law Group, LTD<br>900 Jorie Blvd<br>Suite 150<br>Oak Brook, IL 60523<br>Telephone number:  630–575–8181 | Bankruptcy Trustee (name and address):<br>Deborah Kanner Ebner<br>11 E Adams St<br>Suite 904<br>Chicago, IL 60603<br>Telephone number:  (312) 9223838 Ext. 1 |

### Meeting of Creditors:

Date: **July 16, 2015**        Time: **02:30 PM**

Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 9/14/15**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open:  Monday – Friday 8:30 AM –4:30 PM | Date:  June 26, 2015 |

# EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br><br>***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 15-04238-JPC
Frank Joseph Casale, Jr.                                            Chapter 7
Barbara Marie Casale
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: evelyng                Page 1 of 2              Date Rcvd: Jun 26, 2015
                              Form ID: b9a                 Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2015.
db/jdb         +Frank Joseph Casale, Jr.,    Barbara Marie Casale,    5110 S. Merrimac,    Chicago, IL 60638-1308
tr             +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
22945136        Ally Bank,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,    Columbus, OH 43216-5028
23371580       +Ally Bank,    c/o Cenlar FSB,    Attn: Bankruptcy,    425 Phillips Boulevard,
                 Ewing NJ 08618-1430
22909652       +Bradco Properties,    1307 Cariann Lane,    Glenview, IL 60025-2319
22909653       +Cenlar,    P.O Box 986,    Newark, NJ 07184-0001
22909657       +Childrens Memorial Hospital,    P.O. Box 4066,    Carol Stream, IL 60197-4066
22909660        Citicorp Credit Services,    ATTN: Internal Recovery; Centralized Bk,    P.O. Box 790034,
                 Saint Louis, MO 63179-0034
22909661        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22909662       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22909668       +JPMorgan Chase,    Po Box 24696,    Columbus, OH 43224-0696
22923835       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
22909670        Medical Surgical,    3256 S. Harlem,    Berwyn, IL 60402
23176207        Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
22909673       +Southwest Dermatology,    7123 West Archer,    Chicago, IL 60638-2203
22909674       +Southwest Dermatology,    1870 Silver Cross Boulevard,    New Lenox, IL 60451-8639
22909677        Trans Union LLC,    P.O. Box 2000,    Chester, PA 19016-2000
22929760       +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: courtinfo@sulaimanlaw.com Jun 26 2015 20:09:18      Nathan C Volheim,
                 Sulaiman Law Group, LTD,    900 Jorie Blvd,    Suite 150,    Oak Brook, IL   60523
22977610        EDI: GMACFS.COM Jun 26 2015 19:38:00      Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
22909646       +EDI: GMACFS.COM Jun 26 2015 19:38:00      Ally Financial,    200 Renaissance Center,
                 Detroit, MI 48243-1300
22909648       +EDI: AMEREXPR.COM Jun 26 2015 19:38:00      American Express,    Box 0001,
                 Los Angeles, CA 90096-8000
22909647       +EDI: BECKLEE.COM Jun 26 2015 19:38:00      American Express,    Po Box 3001,
                 16 General Warren Boulevard,    Malvern, PA 19355-1245
22909649       +EDI: BECKLEE.COM Jun 26 2015 19:38:00      American Express *,    c/o Becket & Lee,
                 P.O. Box 3001,    Malvern, PA 19355-0701
23322530        EDI: BECKLEE.COM Jun 26 2015 19:38:00      American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22909650        EDI: BANKAMER.COM Jun 26 2015 19:38:00      Bank of America,    Po Box 982235,
                 El Paso, TX 79998
22909651       +EDI: BANKAMER2.COM Jun 26 2015 19:38:00      Bank Of America, N.A. *,    401 N. Tryon Street,
                 NC1-021-02-20,    Charlotte, NC 28255-0001
22909659        EDI: CITICORP.COM Jun 26 2015 19:38:00      Citibank Sd, N.A.,    Attn: Centralized Bankruptcy,
                 Po Box 20363,    Kansas City, MO 64195
22909654       +E-mail/Text: bankruptcy@dtasolutionsllc.net Jun 26 2015 20:11:34
                 Central Loan Administration & Reporting,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
22909655       +EDI: CHASE.COM Jun 26 2015 19:38:00      Chase *,    ATTN: Bankruptcy Department,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
22909656       +EDI: CHASE.COM Jun 26 2015 19:38:00      Chase Card,    P.o. Box 15298,
                 Wilmington, DE 19850-5298
23204902        E-mail/Text: bankruptcy.bnc@gt-cs.com Jun 26 2015 20:10:47      Green Tree Servicing LLC,
                 servicer for Bank of America, NA,    PO BOX 6154,    Rapid City, SD 57709-6154
22909664        E-mail/Text: bankruptcy.bnc@gt-cs.com Jun 26 2015 20:10:47      GreenTree Servicing, LLC,
                 345 St. Peter Street,    Saint Paul, MN 55102
22909663       +E-mail/Text: bankruptcy.bnc@gt-cs.com Jun 26 2015 20:10:47      Green Tree Servicing,
                 Po Box 6172,    Rapid City, SD 57709-6172
22909665       +EDI: IIC9.COM Jun 26 2015 19:38:00      IC System,    Attn: Bankruptcy,
                 444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
22909667       +EDI: IIC9.COM Jun 26 2015 19:38:00      IC Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
22909666       +EDI: IIC9.COM Jun 26 2015 19:38:00      IC Systems,    Highway 96 E.,    PO Box 64794,
                 Saint Paul, MN 55164-0794
22909669       +EDI: CHASE.COM Jun 26 2015 19:38:00      JPMorgan Chase*,    270 Park Avenue,
                 New York, NY 10017-2014
22909672       +EDI: NAVIENTFKASMSERV.COM Jun 26 2015 19:39:00      Navient,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
22909671       +EDI: NAVIENTFKASMSERV.COM Jun 26 2015 19:39:00      Navient,    Po Box 9655,
                 Wilkes Barre, PA 18773-9655
23328954        EDI: PRA.COM Jun 26 2015 19:38:00      Portfolio Recovery Associates, LLC,
                 successor to Synchrony Bank,    (TJX REWARDS CREDIT CARD),    POB 41067,    Norfolk VA 23541
22909675       +EDI: RMSC.COM Jun 26 2015 19:38:00      Synchrony,    Po Box 965015,    Orlando, FL 32896-5015
22909676       +EDI: RMSC.COM Jun 26 2015 19:38:00      Synchrony Bank,    PO Box 530916,
                 Atlanta, GA 30353-0916
22909678       +E-mail/Text: vci.bkcy@vwcredit.com Jun 26 2015 20:11:39      Volkswagen Credit Inc,
                 National Bankruptcy Services,    9441 Lbj Freeway, Suite 250,    Dallas, TX 75243-4640

```
District/off: 0752-1           User: evelyng            Page 2 of 2              Date Rcvd: Jun 26, 2015
                               Form ID: b9a             Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
23254122       EDI: ECAST.COM Jun 26 2015 19:38:00      eCAST Settlement Corporation, assignee,
                of Citibank, N.A.,   POB 29262,   New York, NY 10087-9262
                                                                                             TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22909645         Alicia Raddatz
22909658       ##+Childrens Memorial Hospital,    2300 Childrens Plaza,   Chicago, IL 60614-3363
                                                                               TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2015                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2015 at the address(es) listed below:
              Deborah Kanner Ebner    dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Gloria C Tsotsos    on behalf of Creditor   JPMorgan Chase Bank, National Association
               nd-two@il.cslegal.com
              Nathan C Volheim    on behalf of Debtor Frank Joseph Casale, Jr. courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Nathan C Volheim    on behalf of Joint Debtor Barbara Marie Casale courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Shara C Cornell    on behalf of Creditor   Ally Bank amps@manleydeas.com
              Steven C Lindberg    on behalf of Creditor   Chase Home Finance Milwaukee bankruptcy@fallaw.com
              Steven C Lindberg    on behalf of Creditor   JPMorgan Chase Bank, National Association
               bankruptcy@fallaw.com
                                                                                              TOTAL: 8
```