B6F (Official Form 6F) (12/07)

In re **Frank Joseph Casale, Jr.,** Case No. **15-04238**
**Barbara Marie Casale**
_____,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Adventist LaGrange Memorial Hospital**<br>**75 Remittance Drive, Suite 3204**<br>**Chicago, IL 60675** | | J | **Medical** | | | | **881.84** |
| Account No.<br>**Adventist Midwest Health**<br>**PO Box 9246**<br>**Oakbrook, IL 60522** | | | **Additional Notice Sent To:**<br>**Adventist LaGrange Memorial Hospital** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx0663**<br>**American Express**<br>**Po Box 3001**<br>**16 General Warren Boulevard**<br>**Malvern, PA 19355** | | J | **Opened 1/01/96 Last Active 1/22/15**<br>**Credit Card** | | | | **17,566.00** |
| Account No.<br>**American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096** | | | **Additional Notice Sent To:**<br>**American Express** | | | | **Notice Only** |

___**6**___ continuation sheets attached

Subtotal
(Total of this page) **18,447.84**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frank Joseph Casale, Jr.,**  
**Barbara Marie Casale**  

Case No. **15-04238**

_____,  
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**American Express ***<br>**c/o Becket & Lee**<br>**P.O. Box 3001**<br>**Malvern, PA 19355** | | | **Additional Notice Sent To:**<br>**American Express** | | | | Notice Only |
| Account No.<br>**Arrigo Dental Clinic**<br>**3223 South Halsted**<br>**Chicago, IL 60608** | | J | **Medical** | | | | 141.00 |
| Account No. **xxxxxxxxxxxx2683**<br>**Bank of America**<br>**Po Box 982235**<br>**El Paso, TX 79998** | | J | **Opened 10/01/09  Last Active  1/07/15**<br>**Credit Card** | | | | 5,854.00 |
| Account No.<br>**Bank Of America, N.A. ***<br>**401 N. Tryon Street**<br>**NC1-021-02-20**<br>**Charlotte, NC 28255** | | | **Additional Notice Sent To:**<br>**Bank of America** | | | | Notice Only |
| Account No. **xxxxxxxxxxxx9731**<br>**Chase Card**<br>**P.o. Box 15298**<br>**Wilmington, DE 19850** | | J | **Opened  8/01/14  Last Active  1/21/15**<br>**Credit Card** | | | | 1,500.00 |

Sheet no. **1** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  **7,495.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank Joseph Casale, Jr.,**
**Barbara Marie Casale**
_____,
Debtors

Case No. **15-04238**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Chase *<br>ATTN: Bankruptcy Department<br>P.O. Box 15298<br>Wilmington, DE 19850 | | | Additional Notice Sent To:<br>Chase Card | | | | Notice Only |
| Account No.<br><br>Childrens Memorial Hospital<br>P.O. Box 4066<br>Carol Stream, IL 60197 | | J | Medical | | | | 945.10 |
| Account No.<br><br>Childrens Memorial Hospital<br>2300 Childrens Plaza<br>Chicago, IL 60614 | | | Additional Notice Sent To:<br>Childrens Memorial Hospital | | | | Notice Only |
| Account No. xxxxxxxxxxxx4379<br><br>Citibank Sd, N.A.<br>Attn: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195 | | J | Opened 7/01/11 Last Active 11/25/14<br>Credit Card | | | | 2,063.00 |
| Account No.<br><br>Citicorp Credit Services *<br>ATTN: Internal Recovery; Centralized Bk<br>P.O. Box 790034<br>Saint Louis, MO 63179-0034 | | | Additional Notice Sent To:<br>Citibank Sd, N.A. | | | | Notice Only |

Sheet no. **2** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **3,008.10**

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank Joseph Casale, Jr.,**  
     **Barbara Marie Casale**                      Case No. __**15-04238**__

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Equifax Information Services, LLC**<br>**1550 Peachtree Street NW**<br>**Atlanta, GA 30309** | | J | **Notice Only** | | | | **0.00** |
| Account No.<br>**Experian Information Solutions, Inc.**<br>**475 Anton Boulevard**<br>**Costa Mesa, CA 92626** | | J | **Notice Only** | | | | **0.00** |
| Account No. **xxxxxxx1001**<br>**IC System**<br>**Attn: Bankruptcy**<br>**444 Highway 96 East; Po Box 64378**<br>**St. Paul, MN 55164** | | W | **Opened 9/01/14 Collection Attorney Southwest Dermatology-Chicago** | | | | **291.00** |
| Account No.<br>**IC Systems**<br>**Highway 96 E.**<br>**PO Box 64794**<br>**Saint Paul, MN 55164** | | | **Additional Notice Sent To:**<br>**IC System** | | | | **Notice Only** |
| Account No.<br>**IC Systems**<br>**PO Box 64378**<br>**Saint Paul, MN 55164** | | | **Additional Notice Sent To:**<br>**IC System** | | | | **Notice Only** |

Sheet no. __**3**__ of __**6**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)     **291.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank Joseph Casale, Jr.,**
**Barbara Marie Casale**
_____,
Debtors

Case No. **15-04238**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Illinois Emergency Medicine**<br>**PO Box 366**<br>**Hinsdale, IL 60522** | | J | | | | | **976.00** |
| Account No.<br>**Illinois Emergency Medicine**<br>**PO Box 71402**<br>**Chicago, IL 60694** | | | **Additional Notice Sent To:**<br>**Illinois Emergency Medicine** | | | | **Notice Only** |
| Account No.<br>**Medical Surgical**<br>**3256 S. Harlem**<br>**Berwyn, IL 60402** | | J | **Medical** | | | | **501.00** |
| Account No.<br>**Merit Sleep Management**<br>**1300 S. Main Street**<br>**Lombard, IL 60148** | | J | | | | | **219.73** |
| Account No.<br>**Keynote Consulting, Inc.**<br>**220 W. Campus Drive**<br>**Suite 102**<br>**Arlington Heights, IL 60004** | | | **Additional Notice Sent To:**<br>**Merit Sleep Management** | | | | **Notice Only** |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **1,696.73**

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank Joseph Casale, Jr.,**
   **Barbara Marie Casale**
   _____,
                      Debtors

Case No. **15-04238**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Merit Sleep Technologies**<br>**1300 S. Main Street**<br>**Lombard, IL 60148** | | | **Additional Notice Sent To:**<br>**Merit Sleep Management** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx0894**<br>**Navient**<br>**Po Box 9655**<br>**Wilkes Barre, PA 18773** | X | J | **Opened 8/01/08 Last Active 1/13/15**<br>**Educational** | | | | **16,839.00** |
| Account No.<br>**Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA 18773** | | | **Additional Notice Sent To:**<br>**Navient** | | | | **Notice Only** |
| Account No.<br>**Southwest Dermatology**<br>**7123 West Archer**<br>**Chicago, IL 60628** | | J | **Medical** | | | | **99.46** |
| Account No.<br>**Southwest Dermatology**<br>**1870 Silver Cross Boulevard**<br>**New Lenox, IL 60451** | | | **Additional Notice Sent To:**<br>**Southwest Dermatology** | | | | **Notice Only** |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **16,938.46**

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank Joseph Casale, Jr.,**
**Barbara Marie Casale**

Case No. **15-04238**

Debtors

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Streeterville Pediatrics, S.C.**<br>**233 East Erie, Suite 304**<br>**Chicago, IL 60611** | | J | **Medical** | | | | **255.00** |
| Account No. **xxxxxxxxxxxx6460**<br>**Synchrony**<br>**Po Box 965015**<br>**Orlando, FL 32896** | | W | **Opened 2/01/08 Last Active 1/21/15**<br>**Charge Account**<br>**TJMaxx** | | | | **1,116.00** |
| Account No.<br>**Synchrony Bank**<br>**PO Box 530916**<br>**Atlanta, GA 30353** | | | **Additional Notice Sent To:**<br>**Synchrony** | | | | **Notice Only** |
| Account No.<br>**Trans Union LLC**<br>**P.O. Box 2000**<br>**Chester, PA 19016-2000** | | J | **Notice Only** | | | | **0.00** |
| Account No. | | | | | | | |

Sheet no. **6** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,371.00**

Total (Report on Summary of Schedules) **49,248.13**