**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Frank Joseph Casale Jr.
5110 S. Merrimac
Chicago, IL 60638
SSN: xxx–xx–3108 EIN: N.A.

Case No. : 15–04238
Chapter : 7
Judge : Jacqueline P. Cox

Barbara Marie Casale
5110 S. Merrimac
Chicago, IL 60638
SSN: xxx–xx–4227 EIN: N.A.

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 7 OR CHAPTER 11 CASES
OF REQUIRED DOCUMENT FOR DISCHARGE**

   Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) pursuant to Bankruptcy Rule 1007(b)(7). Please include the certificate number on Official Form 23 or attach the certificate you received from the approved Personal Financial Management Course Provider.

   A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

   Official Form 23 is available at our website at www.ilnb.uscourts.gov/Forms/

   You must file Official Form 23 within 60 days after the first date set for the meeting of creditors under § 341. If you do not file Official Form 23, your case will be closed without a discharge. You will still be liable for the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

   If you are represented by an attorney, please contact your attorney for guidance.

   If you have any questions about submitting the form, please call 312–408–5000.

                                      FOR THE COURT

Dated: August 15, 2015              Jeffrey P. Allsteadt, Clerk
                                    United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:
Frank Joseph Casale, Jr.
Barbara Marie Casale
    Debtors

Case No. 15-04238-JPC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: admin    Page 1 of 1    Date Rcvd: Aug 17, 2015
                 Form ID: definmgt    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2015.
db/jdb        +Frank Joseph Casale, Jr.,    Barbara Marie Casale,    5110 S. Merrimac,    Chicago, IL 60638-1308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2015                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2015 at the address(es) listed below:
         Charles L. Magerski    on behalf of Debtor Frank Joseph Casale, Jr. Cmagerski@sulaimanlaw.com, courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
         Charles L. Magerski    on behalf of Joint Debtor Barbara Marie Casale Cmagerski@sulaimanlaw.com, courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
         Deborah Kanner Ebner    dkebner@debnertrustee.com, IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;admin.assistant@debnertrustee.com
         Gloria C Tsotsos    on behalf of Creditor    JPMorgan Chase Bank, National Association nd-two@il.cslegal.com
         Nathan C Volheim    on behalf of Debtor Frank Joseph Casale, Jr. courtinfo@sulaimanlaw.com, nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
         Nathan C Volheim    on behalf of Joint Debtor Barbara Marie Casale courtinfo@sulaimanlaw.com, nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Shara C Cornell    on behalf of Creditor    Ally Bank amps@manleydeas.com
         Steven C Lindberg    on behalf of Creditor    JPMorgan Chase Bank, National Association bankruptcy@fallaw.com
         Steven C Lindberg    on behalf of Creditor    Chase Home Finance Milwaukee bankruptcy@fallaw.com
                                                                                                                           TOTAL: 10